## JONES *v.* ELLIOTT.

Where in an action by the holder of a note, not endorsed by the payee, plaintiff alleges that
he is the owner, the allegation of ownership sufficiently implies a transfer to authorise the
admission in evidence of a notarial act of transfer and subrogation by the payee to the
plaintiff.

APPEAL from the District Court of Jefferson, *Clarke*, J.    *Michel* and
*Burns*, for the appellant.    *F. B. Conrad*, for the defendant.    The judg-
ment of the court was pronounced by

EUSTIS, C. J.    This is an action against the maker of a promissory note
brought by the plaintiff, who charges that he is the holder and owner of it.    It
is not endorsed by the payee.    On the trial of the cause the plaintiff offered to
prove his ownership of the note by a notarial act of transfer and subrogation,
made by the payee to him.    The judge refused to receive this evidence, on the

JONES
v.
ELLIOTT.

ground that there was no allegation in the petition of any transfer of the note, and non-suited the plaintiff, who has appealed. The allegation of ownership sufficiently implies the transfer of the note to the plaintiff. We are of opinion the judge erred in refusing to admit the evidence offered.

It is therefore ordered that the judgment appealed from be reversed, and the case remanded, with directions to the district judge to receive in evidence the notarial act offered by the plaintiff, and that the appellee pay the costs of appeal.